Name: Lukis J. Cruz

Address: 804 Alarid St. Santa Fe NM 87505

FILED AR
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 MAR -2 AM 10: 52

CLERK-SANTA FE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LUKIS JOSEPH CRUZ, Plaintiff
(Full Name)

CASE NO. CV 18-204
(To be supplied by the Clerk)

v.

THE GOVERNMENT OF THE STATE OF NM
THE STATE OF NEW MEXICO; GOV. SUSANA MARTINEZ AND LIABLE PRIVATE PARTIES UNDER THIS TITLE, Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) LUKIS JOSEPH CRUZ (Plaintiff), is a citizen of THE UNITED STATES of AMERICA (State) THE WORLD and American

who presently resides at 804 ALARID ST. SANTA FE NM 87505
(Mailing address or place of confinement)

2) Defendant THE GOVERNMENT of THE State of New Mexico ~~SUSANA MARTINEZ GOVERNESS~~ (Name of first defendant) is a citizen of SANTA FE NEW MEXICO (City, State), and is employed as GOVERNESS of THE STATE of NM (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☐   No ☒ ? If your answer is "Yes", briefly explain:

THE GOVERNMENT OF NEW MEXICO
County of Taos

3) Defendant THE STATE of NEW MEXICO is a citizen of
   (Name of second defendant)
   _____, and is employed as
   (City, State)
   _____ At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐   No ☒ ?   If your answer is "Yes", briefly explain:




   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)




## B. NATURE OF THE CASE

1) Briefly state the background of your case: R.I.C.O. AS WAS CLEARLY SEEN IN THE WAY THE COURT IN TAOS COUNTY HANDLED MY LIFE AND MY CASE. BECAUSE OF THE DISCRIMINATION AND DISRESPECT OF THE COURT (ANGELA COOPER) WHICH COMMITS CRIME FROM THE BENCH MY LIFE WAS MADE DIFFICULT BY THE SURROUNDING COMMUNITY, BY STEALING MY IDENTITY WHICH WAS PROTECTED BY A MARRIAGE CONTRACT THE COURT UNDER JEFF McELROY INTERFERED WITH THE CONTRACT WITHOUT MY OWN KNOWLEDGE OR COMPLETION OF THE PROCESS (FOR A REASON). MULTIPLE ASSUMPTIONS, FRAUDS, OUTRIGHT PREDJUDICIAL DOCUMENTS AND PHOTOS EXIST WITHIN THE PUBLIC RECORD DATABASE OR FILING SYSTEM IN TAOS COUNTY COURT. THE RESULTING COMMUNITY BACKLASH, FROM WAY PRIOR TO ANY LEGAL ISSUES ARISING WAS THE CAUSE OF MY LIFE EMERGENCY.

   THERE WERE MANY ISSUES FROM WITHIN MY MARRIAGE WHICH WERE KEPT FROM ME, THIS DONE CONTRARY TO THE MARRIAGE PURPOSE AND AGREEMENT. A VAST NUMBER OF PERSONAGES ENTERED AND EXECUTED DECISION MAKING IN MY MARRIAGE, AN ACT WHICH THE MARRIAGE PROTECTED AGAINST. THESE ALL MAINTAINING CONTROL OVER INFORMATION WHICH WAS VITAL TO MY DECISION MAKING AND MENTAL WELL BEING, ALL INFORMATION BETWEEN MY SPOUSE AND I WAS THE PROPERTY OF THE TWO OF US (Together)

   EVERY PORTION OF MY LIFE BEING ABUSED, THERE WAS A VAST AMOUNT OF CRIME BEING DONE TO ME IN AN EFFORT TO COVER UP CRIMES DONE TO ME BUT, WHICH WERE UNDISCLOSED, BY MY SPOUSE AND SUPPORT NETWORK.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: MY RIGHT TO BE SOCIALY SECURE IN FREEDOM WAS DESTROYED WITH MY RIGHTS TO DUE PROCESS AND TO BE PRESENT FOR ALL MATTERS OF THE COURT CONCERNING ME, MY EX-WIFE AUDREY MOREY, AND ALL THOSE IMPACTING MY LIFE. AN INTENTIONAL COVERUP TO ESCAPE LIABILITY FOLLOWED MY RIGHTS TO PRIVACY, PROTECTION FROM SEARCH AND SEIZURE AND WARRANTS WAS REMOVED. MY RIGHT TO INFORMATION WAS WITHELD, FREEDOM OF RELIGION DESTROYED, MY RIGHT TO SELF GOVERNMENT DESTROYED, MY RIGHT TO OWN PROPERTY HAS BEEN REMOVED.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

MY RIGHTS AS A FREE EXPRESIVE HUMAN BEING IN THE U.S.A WERE DESTROYED PURPOSELY FOR THE PURPOSE OF ENSLAVEMENT AND COVER UP. MY YOUNG SON BEING KILLED BY HIS MOTHER AUDREY WAS A HUGE IMPACT YET I WAS UNKNOWINGLY LIVING WITH A MURDERER. [redacted] BECAUSE I WAS OBLIVIOUS MY THEN WIFE WAS PLANNING HER ESCAPE AND MAINTAINING A COVERUP OF HER CRIME. IT HAS ALSO BECOME KNOWN TO ME THAT KHALEB WAS NOT MY OWN SON, THOUGH I BELIEVED HE WAS. THOSE WHO ASSISTED HER IN COVERING KEY FACTS WHICH I NEEDED TO KNOW, ASSISTED IN DEFRAUDING ME OF LIFE AND MONEY WHICH I WOULD NOT HAVE THROWN AWAY HAD I KNOWN. I BELIEVE MY OWN FATHER WAS INVOLVED IN THE COVERUP AND MANIPULATION OF MY LIFE ALONG WITH AUDREY MOREY, MY GRANDPARENTS GILBERT AND CECILIA CRUZ, WARREN MOREY, MARY MOREY, NUMEROUS CHURCH LEADERSHIP AND MORE. BECAUSE OF THE ABILITY TO MAINTAIN CONTROL OF AUDREY VIA BLACKMAIL, HER GUILTY LIFE WAS MORE VALUABLE THAN MY OWN AND KHALEB'S. OF COURSE THE STATE COVERED ALSO.

B)(1) Count II: EVERY FUNCTION THE COURT PERFORMS WITHOUT MY PRESENCE IS A CRIME, AND EVIDENCE OF ORGANIZED CRIME. THEY THEMSELVES ARE THE LIABLE AND GUILTY PARTIES AND INTENTIONALLY CAUSED ME TO LOOK AND APPEAR GUILTY FOR THEIR BENEFIT. DUE PROCESS HAS BEEN REMOVED IN SEVERE WAYS WHICH DAMAGE MY WELL BEING AND DECISION MAKING ABILITIES. THE GOVERNMENT KNOWING IT WAS GUILTY, HAS HIDDEN ITS GUILT AND DESTROYED MY LIFE LEAVING ME DESTITUTE. THOUGH THE U.S. GOV. KNEW, THEY WITHELD VITAL INFORMATION FROM ME ALSO.

(2) Supporting Facts: THE PENETRATION OF MY SECURITY AND PRIVACY BEING EXTREMELY RAMPANT AND WIDESPREAD. FOR SOME REASON PEOPLE HAVE ACCESS TO THINGS WHICH I DO NOT, AND MY LIFE HAS BEEN VIOLATED IN SERIOUS DEGREES. MY VERIZON SERVICE WAS USED CRIMINALLY TO STEAL DATA, LISTEN, AND MONITOR ME WITHOUT WARRANT NOR PERMISSION. PERSONS ACTING AS GOVERNMENT WITHOUT MAKING THEMSELVES KNOWN AND LIABLE ARE IN BREACH OF MY 2ND AMMENDMENT RIGHTS TO BEAR ARMS VIA LEGAL SUIT. THROUGH THE USE OF AN ANKLE MONITOR MY LIFE AND PRIVACY WAS PENETRATED AND BECAME WIDE SPREAD. JULIE ANNE VELARDE WAS THE WEARER AND CULPRIT WHO HEADED THE VIOLATION. SHE WAS NOT THE ONLY PERSON INVOLVED BUT NONE HAVE COME FOWARD YET. WHOLE COMMUNITIES KNOW MY INTIMATE PRIVATE LIFE AND I KNOW NOTHING OF THEM. THEY MAINTAIN POWER AND CONTROL OVER ME USING ILLGOTTEN KNOWLEDGE AND COOPERATION.

XE-2 2178

C)(1) Count III: I HAVE BEEN WRONGFULLY ABDUCTED AND HELD ON MANY OCCASIONS WITHOUT DUE PROCESS NOR WARRANTS SERVED ACCORDING TO FEDERAL STATUTE. I HAVE CAUGHT POLICE IN THE ACT OF ORGANIZED CRIME AND EXTORTION AND HAVE BEEN ABDUCTED TO KEEP ME FROM MAKING MY OWN TRIALS AND EXPOSING THEM. MY VEHICLE HAS BEEN STOLEN BY STATE POLICE PIRACY ALONG WITH MY BELONGINGS. A SEVERE AMOUNT OF DISCRIMINATION BASED UPON SEX (GENDER) HAS BEEN EXPERIENCED, EVEN HATE CRIMES BEING DONE BY THE COMMUNITY OF TAOS.

(2) Supporting Facts: EVERYWHERE I GO I AM ALREADY KNOWN AND AT A LOSS. THIS NEVER MAKES FOR A POSITIVE IN THE LONG RUN. ONCE HOMELESS THE STATE POLICE HAVE FOUND IT EASY TO PUT LESS VALUE ON MY LIFE IN CONJUNCTION WITH JULIE ANNE VELARDE, EMBARRASSING ME USING AN ANKLE MONITOR BILLED FOR ALCOHOL DETECTION, IT CAME AROUND BACK THROUGH THE COMMUNITY OF ALCALDE AND ESPANOLA, IT ALSO CAME AROUND THROUGH THE SHERIFF DEPARTMENT. THE OWNER OF THE BRACELET BEING ERMINIO MARTINEZ HAS DENIED DISAVOWED KNOWLEDGE THOUGH HE WAS AWARE OF THINGS WHICH WERE SPOKEN ABOUT BY JULIE AND I. HE HAS FAILED TO COMPLY WITH REQUESTS FOR INFORMATION. HE AND JULIE VELARDE HAVE NOT COMPLIED BUT ARE FULLY AWARE (civil protocol)

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF
EVERYTHING THE STATE HAS DONE QUALIFIES AS ORGANIZED CRIME. THEY HAVE SENT NO REPRESENT-ATIVE AT ANY TIME AS THEY WERE REQUIRED TO DO. NOW THEY WANT ME TO PAY FOR AN ATTORNEY

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? THOUGH I REPRESENT MY OWN FULL INTRESTS.
Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

THE HUMILIATION DONE TO ME BY THE STATE, VELARDE, ERMINIO MARTINEZ, VARIOUS SHERIFF DEPARTMENTS HAS BEEN DESIGNED TO MAKE MY LIFE AND EDUCATION OF NO VALUE TO FREE MARKET AMERICA AND IS MEANT TO ENSLAVE ME TO PERSONS OF WHOM ARE RAPISTS AND VIOLATORS WITHOUT PRODUCTIVITY. ENFORCED RACKETS WHERE NO ONE PRODUCES

a) Parties to previous lawsuit:
ANYTHING OF VALUE BUT INSTEAD RELY ON SEXUAL INTERCOURSE FOR SURVIVAL ALONG WITH CRIMINAL COOPERATION WITH

Plaintiffs: CRIMINAL MINDED STATE AND LOCAL OFFICIALS WHO IN TURN APLY CRIMINAL FAVORS FOR THOSE WHO ALLOW THEMSELVES TO BE RACKETEERED.

Defendants:
FROM THE BEGINNING OF MY TROUBLE WITH GOVERNMENT, IT HAS BEEN CHARACTER AND BEHAVIOR LIKE THAT STATED ABOVE WHICH HAS CAUSED MY OWN LIFE TO BECOME MARRED AND HELL. I IN NO WAY ACCEPT BLAME FOR ANY ISSUES THE STATE HAS WITH ME. ALL DOCUMENTS

b) Name of court and docket number: AND SIGNATURES ORIGINATING FROM THE STATE OR BECAUSE OF STATE INFLUENCE ARE PLAINTIFFS EVIDENCE IN THIS CASE AND ALL THOSE OPERATING IN PART OR IN FULL FOR THE STATE AND COUNTIES ARE ALL MONETARILY ACCOUNTABLE TO ME WITH THE FEDERAL HONORABLE COURT WHICH FACILITATES CIVILIZED MONETARY JUSTICE.

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? OWN
THOUGH BY ITS OWN ADMITION, THE STATE OF NEW MEXICO IS A COORPERATION AND COMPANY WHICH HAS STOLE MY LIFE, IDENTITY, FEDERALLY PROTECTED RIGHTS AND HAS CAUSED WIDE-SPREAD VIOLATION BY GIVING INFORMATION BELONGING TO MYSELF AND A MINIMAL STAFF EMPLOYED BY NM (ELECTED) AND MADE ME A PUBLIC FIGURE WITHOUT MY KNOWLEDGE NOR CONSENT, NOR WAS THERE A TRIAL OF JURY VERDICT TO LEGALLY VALIDATE THE INFO BEING DISPENSED.

Issues raised: THEY REFUSE TO PRODUCE ITEMIZED BILLS, BREAKDOWNS, LIABILITY RECORDS. THEY HAVE SH IT HAS SHOWN ITSELF UNABLE TO GOVERN ITSELF AND IS AN ORGANIZED CRIME COORPERATION ILLEGALLY ACTING IN GOVERNANCE OVER LEGAL ISSUES. THE INDIVIDUALS HAVE DISREGARDED THEIR AMERICAN SOCIAL SECURITY RESPONSIBILITIES REGARDING TREATMENT OF ME AS AN EQUAL AMERICAN AND ADOPTED COMPANY POLICIES WHICH PRESSUMABLY ALLOW THEM TO GANG UP ON AND ABUSE INNOCENT WELL INTENDED AMERICANS LIKE MYSELF. THESE COMPANY POLICIES AND STATUTES ARE ALSO EVIDENCE TO BE USED AGAINST THEM IN AN HONORABLE COURT IN THE CASE OF CRUZ VS. THE US, VS. THE GOVERNMENT OF NM.

XE-2  2/78   — 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐ No ☐ If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. I SOUGHT RELEIF FROM THE GOVERNESS OF NEW MEXICO. AT THE TIME I WAS NOT AWARE OF MY WHOLE SITUATION.

I HAVE RESEARCHED AND FOUND THAT THERE IS NO STATUTE OF LIMITATIONS IN THE FEDERAL COURT, ESPECIALLY SINCE THIS REPRESENTS ONE SMALL PORTION OF A LARGER CRIME WHICH HAS NOT BEEN ADDRESSED OR RECTIFIED BY EITHER GOVERNMENT OR DEFENDANT, THEY INSTEAD CONTINUE TO HIDE, AND THE CASE OF CRUZ V. NM REMAINS OPEN AND IS TIED TO OTHER CASES SUCH AS CRUZ VS. VERIZON CORP, WHO IN TANDEM HAVE CONCLUSIVELY BEEN FOUND TO SEVERLY ABUSE AND DAMAGE CRUZ AND COUNTLESS OTHER AMERICANS AS THEIR COMPANY POLICIES AN PRACTICES WILL SHOW. WHETHER THEY ARE LEGAL OR NOT IS NOT THE ISSUE, THEY ARE MONETARILY ACCOUNTABLE FOR INJURY AND LOSSES SUSTAINED BY CRUZ. THEY CONTINUE UNCOMPLYANT WHICH WHY SUMMARY JUDGEMENT IS SOUGHT AGAINST BOTH COMPANIES ALONG WITH PUBLIC SAFETY MESSAGES AND WARNINGS ABOUT BOTH COMPANIES. THIS GOES FOR COUNTIES ALSO.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: I AM AT THIS TIME REQUESTING THAT MY RECORD BE CLEARED AND THE STATE AND FEDERAL GOV. SURRENDER MY OWN PERSON AND IDENTITY TO FULL FREEDOM AND FREEDOM FROM ~~FEDERAL~~ GOVERNANCE. I AM REQUESTING RESTATUTION FOR THE CONTINUED CRIMES DONE AND DAMAGES TO MYSELF AND REPUTATION, ~~I ALSO SEEK~~ EXTREME DISTRESS AND LASTING DAMAGE TO MY SOCIAL SECURITY IN THE AMOUNT OF $5,000,000.00 FIVE MILLION ~~(a life on disability which was declined by me)~~. I also seek the surrender of all State Roads and lands for my use without governance. I also request one property with water and access large enough for production and farming with a home AND FURTHER BUILDING on it large enough for a family and guests. I also request a good newer model truck (farm) and S.U.V. Newer model (from surrendered property)? All my rights. Surrender of human property from the federal government all of whom are with me as family.

_____     _____
Signature of Attorney (if any)     Signature of Petitioner

~~I reserve the right to make~~ I request the disclosure of all information of value to me and the identities of those involved. I request the ability to look into the past of any who are my dependants or co-dwellers including phone and other records. I REQUIRE THAT THE COMPANY CALLED STATE OF NM SERVE ME ALWAYS WHEN CALLED UPON (AND FUTURE DECENDANTS THROUGH ME)

Attorney's full address and telephone number. I REQUIRE GOVERNANCE OF MY OWN MEDICAL TREATMENTS, PERSCRIPTIONS, LEGAL AND OTHER MATTERS NOT YET THOUGHT OF.
I WILL LIVE BY THE DO NO HARM OATH AND REQUIRE SURRENDER OF ALL SERVICES, PUBLIC AND PRIVATE WITHIN THE DEFENDANTS INFLUENCE.
I ALSO REQUIRE THE USE OF ONE COURTROOM AND RESOURCES IN TAOS COUNTY COURTHOUSE. FOR MY SOLE USE WHEN NEEDED. WITH STAFF.

XE-2    2/78

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _Desert Chateau_ on _2/11/18_ 20_18_.
               (Location)                                  (Date)

_____
(Signature)

THE TAOS COUNTY DISTRICT COURT PERFORMED WRONGFULL ACTIONS AND FUNCTIONS AGAINST ME IN VIOLATION OF 'DUE PROCESS', IN VIOLATION OF COMMON REGARD FOR 'ALL PERSONS BEING EQUAL'. THE TAOS COUNTY COURT HAS AND MAINTAINS RECORDS OF WHICH WERE AND ARE FALSIFIED AND PREJUDICIAL IN AN EXTREME DEGREE.

THERE IS A DIVORCE OF WHICH WAS INTENTIONALY LEFT UNCOMPLETED BY ME THE PLAINTIFF AND WAS SUPPOSED TO BE THROWN OUT BY THE COURT SINCE THE PAPERS WERE INTENTIONALY NEVER SERVED AND NO RECEIPT OF SERVICE NOR CONFIRMATION WAS RETURNED BACK TO THE COURT. THE COURT HAVING AGREED THAT IF NO CONFIRMATION WAS RETURNED THAT THE DIVORCE WOULD BE VACATED AT MY OWN MONETARY EXPENSE. THIS PRIOR TO MY PAYING FOR THE APPLICATION PACKET. THIS ACTION ALONE BEING PERFORMED AGAINST MY WILL AND WITHOUT MY KNOWING WAS EXTREMELY PROBLEMATIC AND DESTRUCTIVE TO MY LIFE AND WELLBEING. THIS ALSO BEING DONE CONTRARY TO CONTRACT WHICH HAD BEEN FILED IN THE SAME COURT (MARRIAGE CERTIFICATE DOCUMENT). IN EVERY WAY THE COURT FAILED IN PROTECTING ME AND MY INTERESTS AND HAS CONTINUED IN DISREGARD FOR MY OWN LIFE. THE MARRIAGE LICENSE AND CERTIFICATE HAVING BEEN PURCHASED TO PROTECT BOTH PARTIES INSTEAD WAS DISREGARDED AND ADULTERY COMMITTED OVER MY LIFE AND INFORMATION WHICH WAS LEGALY AND RIGHTFULLY MY OWN WAS KEPT FROM ME, INFORMATION VITAL TO MY WELL BEING AND DECISION MAKING PROCESSES. THIS ALSO IN BLATANT DISREGARD FOR MARRIAGE AGREEMENT FILED IN THE COURT.

THERE IS ALSO A RESTRAINING ORDER IN THE SAME DIVORCE FILE WHICH WAS PETITIONED FOR AND GIVEN WITHOUT CAUSE AND WHICH WAS NEVER SERVED TO ME. THIS BEING EXTREMELY PREJUDICIAL AGAINST ME. THERE ARE PHOTOS WITHIN THE FILE WHICH WERE TAKEN ILEGALY AND IN FACT ARE PROOF OF A CRIME DONE TO ME AND ARE IN NO WAY RELAVANT TO THE CASE AND FILE. THE FILE WAS OBVIOUSLY ARRANGED FOR THE PURPOSE OF DESTROYING MY CHARACTER IN A WRONGFULL AND MALICIOUS WAY.

THERE IS A CHILD SUPPORT SCHEDULE ON FILE WHICH HAS NO APPLICATION AND WAS MADE AND DONE APART FROM MY KNOWLEDGE AND WITHOUT MERIT. AN INTENTIONAL FRAUD WAS BEING PERPETRATED AND BEING FORCED UPON ME WITHOUT MY KNOWING.

THE RESULTING CONSEQUENCES OF THESE DECISIONS BEING PERFORMED WITHOUT MY KNOWING FOR A NUMBER OF YEARS ALONG WITH THEIR PUBLIC DISPENSATION WITHOUT MY KNOWLEDGE WAS PRESUMED TO HAVE BEEN THE CAUSE OF AN EXTREME 'CLIMATE CHANGE' IN THE ATTITUDE AND WAY WHICH I WAS TREATED IN THE COMMUNITY OF TAOS AND SURROUNDING AREAS. AN EXTREME AMOUNT OF PHSYCOLOGICAL ABUSE AND VICTIMIZATION HAPPENED TO ME WITH NO APPARENT REASON AND AT A TIME WHEN AN ALREADY ENORMOUS AMOUNT OF TRIALS AND CRIMES WERE HAVING THEIR AFFECT UPON MY LIFE.

IT APPEARS THAT THE TAOS COURT WAS USED AS A WEAPON TO DEFRAUD AND DESTROY ME, AN INNOCENT AND WELL INTENDED MAN, THIS DONE WITHOUT REGARD FOR MY EXISTANCE AS AN AMERICAN, EQUAL TO THEMSELVES. IT BECOMES VERY APPARENT THAT THE TAOS COURT WAS MAKING ASSUMPTIONS AND TAKING LIBERTIES WHICH WERE UNWARRANTED, NOT ASKED FOR, AND EXTREMELY DESTRUCTIVE TO MY LIFE, FREEDOM, HAPPINESS, SOCIAL SECURITY (CIVIL RIGHTS) AND MENTAL HEALTH AND WELL BEING. THIS HAVING ALREADY BEEN DETERMINED AND IN VARIOUS FORMS ADMITTED TO UPON INVESTIGATION.

THE COURT IN TAOS BEING IN VIOLATION OF MANY PARTS OF LAW CONCERNING WARRANTS (AND THAT BEING IF I WERE A TERRORIST) HAS BEEN FOUND TO BE CRIMINALY HACKED INTO, OR IN REMOTE OPERATION OF MY CELLULAR DEVICES AND HAVE REMOVED AND STOLEN IMAGES. CYBER TORROR HAS ALSO BEEN EXPERIENCED BY ME THE PLAINTIFF, ALL ACTIONS RELATED TO SEARCH AND SEIZURE AND DATA THEFT (IMAGE THEFT) WAS DONE WITHOUT REQUEST, POINTED WARRANT, NOR SERVICE OF WARRANT AT A 'REASONABLE TIME LINE' (PATRIOT ACT) THUS MAKING ALL ACTIONS TAKEN BY THE DEPARTMENT OF JUSTICE IN TAOS EVIDENCE OF ORGANIZED CRIME BY FEDERAL STANDARDS. NUMEROUS INCIDENTS OF CYBER THEFT AND TORROR WERE EXPERIENCED AND BY NATURE OF ORGANIZED CRIME THE EVIDENCE BEING COMPRIMISED AND MANIPULATED OR DISAPPEARING. DUE TO THE D.O.J. TAOS' FAILURE TO COMPLY WITH FEDERAL STANDARDS IN SEVERE WAYS, MY LIFE HAS BEEN BOTCHED UP AND THE FULL DAMAGES INTENTIONALY HIDDEN. THE STATE HAS ALSO BEEN FOUND TO PERFORM OPENLY CRIMINAL FUNCTIONS WHILE LABELING THE DEFENDANT AS CRIMINAL, BECAUSE SO CALLED 'CRIMINAL COMPLAINTS' IN NO WAY ADHERE TO FEDERAL LAW NOR RULES OF CIVIL PROCEDURE THE STATE IS THEREFORE ABLE TO COVER UP A SEVERE AMOUNT OF ORGANIZED CRIME WHICH HAS BEEN FOUND TO EVEN CAUSE THE CRIMES BEING PROSECUTED.

THE VIOLATIONS AGAINST ME BEING AGAINST R.I.C.O. ACT AND EASILY PR AND APPLICABLE TO ME THE PLAINTIFF DUE TO MY BEING IN OF ALL WRONGDOING TO BEGIN WITH AND THE RESULTING RECORD KEPT NEW MEXICO HAVING BEEN IN GREAT SHARE CAUSED BY NEW MEXICOS CRIMINAL OPERATIONS.

THE EVIDENCE OF TAOS COURTS OBVIOUS CRIMINAL INTENT IS VAST AND WHEN SEEN THROUGH THE LENSE OF UNITED STATES LAW IS BLATANTLY CRIMINAL. I URGE THE STATE TO DISCONTINUE MAKING EXCUSES FOR CRIMINAL BEHAVIOR BY USE OF ITS OWN LAWS AS EXCUSE AND TO COME TO TERMS WITH ITS OWN DAMAGES UPON MY LIFE.

THE INDIVIDUAL COUNTS AGAINST THE STATE ARE TOO MANY TO BE ENCOMPASSED IN TWO PAGES, SO WHAT I AM SEEKING IS A FULL ACCOUNTING OF THE DECISIONS MADE WITHOUT ANY CONSENT NOR KNOWLEDGE AND A FULL REVALATION OF WARRANTS ISSUED AND NOT SERVIED, DISMISSALS WITHOUT MY PRESENCE NOR FULLY PROVIDING INFORMATION RELAVANT.

THE STATE APART FROM MY PRESENCE AND AWARENESS HAS CONDUCTED BUSINESS IN MY NAME, WITHOUT WARRANT NOR AUTHORIZATION. THE STATE OF NEW MEXICO WRONGFULLY OBTAINED SIGNATURE ON MANY OCCASIONS FOR PLEA DEAL AND OTHER PAPER WORK. I THE PLAINTIFF AM UNABLE TO SURRENDER ANY RIGHTS. THE PLEA DEAL IN QUESTION CONTAINING MONEY AWARD ON IT FOR WRONGFUL INCARCERATION, MY SIGNATURE BEING STOLEN THROUGH DECEPTION. NO COUNSEL HAVING BEEN PROVIDED.

ON NUMEROUS OCCASIONS THE STATE OF NEW MEXICO HAS BEEN CAUGHT IN ORGANIZED CRIME AGAINST THE PLAINTIFF, BEING ONE MAN WHO SOCIAL SECURITY HAS BEEN COMPRIMIZED. IN THE AREA OF VELARDE NM THE STATE POLICE STOLE THE VEHICLE OF THE PLAINTIFF. ALONG WITH THE VEHICLE A PHONE CONTAINING EVIDENCE AGAINST A SANTA CLARA PUEBLO POLICE OFFICER WAS STOLEN. THE PHONE CONTAINED NUMEROUS EVIDENCES WHICH WERE STOLEN WITH THE PHONE. THE PLAINTIFF WAS ABDUCTED ON FALSE CHARGES AND HELD WRONGFULLY INCARCERATED.